UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.    **EDCV 21-1952-MWF(SHKx)**                    Dated: **March 1, 2022**

Title:    Lasandra Price -*v*- DAFKA, L.P., et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

      Rita Sanchez                              None Present
      Courtroom Deputy                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

      None Present                              None Present

PROCEEDINGS (IN CHAMBERS) COURT ORDER

     In light of the Notice of Settlement [19] filed February 19, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for April 25, 2022 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  **All other hearings and deadlines are hereby vacated.**

     IT IS SO ORDERED.

MINUTES FORM 90                              Initials of Deputy Clerk   <u>rs</u>
CIVIL - GEN